IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02113-RBJ-BNB

BENAD ABIODUN,

Plaintiff,

v.

ERIC HOLDER, THE ATTORNEY GENERAL OF THE UNITED STATES,

Defendant.

_____

### ORDER
_____

This matter arises on the following motions filed by the plaintiff:

1. **Motion to Amend Proof of Service** [Doc. #13, filed 12/05/2011] (the "Motion to

Amend");

2. **Motion to Supplement the Plaintiff's Memorandum of Law in Opposition to**

**Defendants's Motion to Dismiss** [Doc. #16, filed 02/06/2012] (the "Motion to Supplement");

and

3. **Motion to Expedite Pursuant to 28 U.S.C. 1657** [Doc. #20, filed 05/17/2012]( the

"Motion to Expedite").

In his Motion to Amend, the plaintiff seeks to amend his proof of service as to the

District Director of the Department of Homeland Security.  The plaintiff is not required to effect

service of the Summons and Complaint on the District Director of the Department of Homeland

Security.  Fed.R.Civ.P. 4(I).  Accordingly, the Motion to Amend is DENIED.

In his Motion to Supplement, the plaintiff seeks to supplement his response to the

defendant's Motion to Dismiss.  I have recommended that the Motion to Dismiss be granted on grounds other than those argued in the Motion to Supplement.   The Motion to Supplement is DENIED AS MOOT.

The Motion to Expedite requests that the court "expedite this case on its docket pursuant to 28 U.S.C. § 1657."  The Motion to Expedite is DENIED.

IT IS ORDERED:

1.   Motion to Amend [Doc. #13] is DENIED;

2.  The Motion to Supplement [Doc. #16] is DENIED AS MOOT; and

3.  The Motion to Expedite [Doc. #20] is DENIED.

Dated August 9, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge