IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 11-cv-2113-RBJ-BNB

BENAD ABIODUN,

    Plaintiff,

v.

ERIC HOLDER, THE ATTORNEY GENERAL OF THE UNITED STATES

    Defendant.

## ORDER ADOPTING AND AFFIRMING RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the August 9, 2011 Recommendation of Magistrate Judge Boyd N. Boland that plaintiff's complaint be dismissed without prejudice and that plaintiff be sanctioned for frivolous and abusive litigation practices. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the plaintiff that specific written objections were due within twenty-one (21) days after being served with a copy of the Recommendation [docket #22]. The magistrate judge granted seven more days than the usual fourteen because plaintiff resides in Nigeria. Despite this advisement, no objections to Magistrate Judge Boland's Recommendation were filed. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to

those findings").

The Court has reviewed the relevant pleadings concerning the Recommendation. Based on this review, the Court concludes that the Magistrate Judge's analyses and recommendations are correct, and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of The United States Magistrate Judge as the findings and conclusions of this Court, including specifically the sanctions and reasons therefore set forth at pages 4-9 of the Recommendation.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge [#22] AFFIRMED and ADOPTED. It is further ORDERED that defendant's Motion to Dismiss [#15] is GRANTED, and this civil action and all claims therein are DISMISSED WITHOUT PREJUDICE but subject to the sanctions with respect to any future filing.

DATED this 5th day of September, 2012.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge