IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02113-RBJ-BNB

BENAD ABIODUN,

    Plaintiff,

v.

ERIC HOLDER, THE ATTORNEY GENERAL OF THE UNITED STATES,

    Defendant.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [#24], filed September 5, 2012, by the Honorable R. Brooke Jackson, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of the United States Magistrate Judge, Doc. [#22], is AFFIRMED and ADOPTED. It is further

ORDERED that defendants' Motion to Dismiss [#15] is GRANTED. It is further

ORDERED that this civil action and all claims therein are DISMISSED WITHOUT PREJUDICE but subject to the sanctions with respect to any future filing.

DATED at Denver, Colorado this September 5th, 2012.

                FOR THE COURT:

                Gregory C. Langham, Clerk

                By s/ Edward P. Butler
                   Edward P. Butler
                   Deputy Clerk